| ✎PROB 22<br>(Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 93-CR-1072-S-4 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 1:06-CR-00107-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| YOUNG TAEK LEE<br><br>In BOP custody | Eastern District of New York | Brooklyn, New York |
| | NAME OF SENTENCING JUDGE | |
| | I.Leo Glasser | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM | TO |
| | | 2/23/05 | 2/22/08 |

OFFENSE

Counts One charged Racketeering, in violation of 18 U.S.C §1962(c), a Class C Felony; Counts Two through Five charged Interference with Commerce by Violence, in violation of 18 U.S.C §1951, all Class C Felonies; and Count Six charged Use of a Firearm During a Crime of Violence, in violation of 18 U.S.C. § 924(c), a Class D Felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____EASTERN_____ DISTRICT OF _____NEW YORK_____

     IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____District of Guam_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_May 3, 2007_
    Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: May 25, 2007**

_____
Effective Date

_____
United States District Judge