# United States District Court
DISTRICT OF GUAM
4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

**MARY L.M. MORAN**
CLERK OF COURT

TEL: (671) 473-9100
FAX: (671) 473-9152

June 19, 2007

Mr. Robert Heinemann
Clerk of Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** Our Criminal Case No. 07-00056
Your Criminal Case No. 93-CR-1072-S-4
USA vs. Young Taek Lee

Dear Mr. Heinemann:

This Court is in receipt of the PROB 22, Transfer of Jurisdiction and Order accepting the jurisdiction transfer for the above-entitled matter. Forwarded herewith is a electronically-signed original Transfer of Jurisdiction and Order for your file. Also, please forward certified copies of the complaint/information/indictment, plea agreement and judgment for the above-entitled matter.

Thank you for your assistance.

Sincerely,

Marilyn B. Alcon
Deputy Clerk

Enclosure