✎PROB 12C
( 12/04)

# UNITED STATES DISTRICT COURT

for

## District of Guam

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Young Taek Lee**     Case Number: **CR 07-00056-001**

Name of Sentencing Judicial Officer:    Honorable I. Leo Glasser

Date of Original Sentence:    October 16, 1995

Original Offense: Count 1: Racketeering, in violation of 18 U.S.C. §1962(c); Counts 2, 3, 4, & 5: Interference with Commerce by Violence, in violation of 18 U.S.C. § 1951; and Count 6: Use of Firearm During Crime of Violence, in violation of 18 U.S.C. § 924(c).

Original Sentence: 97 months imprisonment on Counts 1,2,3,4, & 5, and 60 months imprisonment on Count 6 to be served consecutively followed by three years supervised release; and pay a $300 special assessment fee.

Type of Supervision:    Supervised Release     Date Supervision Commenced:    February 23, 2005

Assistant U.S. Attorney:    Elisa Liang     Defense Attorney:    Martin Stolar

### PETITIONING THE COURT

☐ To issue a warrant
☒ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **Mandatory Condition** | *Failure to refrain from committing another federal, state, or local crime, in violation of 18 U.S.C. § 3583(d).* |

≋Prob 12C
(12/04)

U.S. Probation Officer Recommendation:

[X] The term of supervision should be

    [X] revoked.

    [ ] extended for _____ years, for a total term of _____ years.

[ ] The conditions of supervision should be modified as follows:

*See attached Declaration in Support of Petition,*
*Re: Violation of Supervised Release Conditions, Request for a Summons*
*submitted by U.S. Probation Officer Specialist Carmen D. O'Mallan*

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

Date: June 20, 2007

I declare under penalty of perjury that the foregoing is true and correct.

CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

Executed on: June 20, 2007

THE COURT ORDERS:

[ ] No action.

[ ] The issuance of a warrant.

[ ] The issuance of a summons.

[ ] Other