# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00056-001 |
| Plaintiff, | ) | |
| | ) | **DECLARATION IN SUPPORT OF PETITION** |
| vs. | ) | |
| YOUNG TAEK LEE, | ) | |
| Defendant. | ) | |

**Re:   Violation of Supervised Release Conditions, Request for a Summons**

I, U.S. Probation Officer Specialist Carmen D. O'Mallan, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of supervised release for Young Taek Lee, and in that capacity declare as follows:

On October 16, 1995, Young Taek Lee was sentenced in the Eastern District of New York for: <u>Count One:</u> Racketeering, in violation of 18 U.S.C. § 1962(c); <u>Counts Two through Five:</u> Interference with Commerce by Violence, in violation of 18 U.S.C. § 1951; and <u>Count Six:</u>, Use of a Firearm During a Crime of Violence, in violation of 18 U.S.C. § 924(c). He received a sentence of 97 months imprisonment on Counts One through Five, and 60 months imprisonment on Count Six, to run consecutively to Counts One through Five. He was additionally sentenced to three years supervised release and a $300 special assessment fee.

On February 23, 2005, Mr. Lee was released from the Bureau of Prisons and held on detainer with the Immigration and Customs Enforcement. He was subsequently deported to Seoul, Republic of South Korea on March 29, 2005.

**Mandatory Condition**: *The defendant shall not commit another federal, state, or local crime.*

DECLARATION IN SUPPORT OF PETITION
Violation of Supervised Release, Request for a Summons
Re:    LEE, Young Taek
USDC Cr. Cs. No. 07-00056-001
June 20, 2007
Page 2

On November 21, 2006, Mr. Lee attempted to illegally re-enter the United States by way of Guam.  He is currently detained and awaiting sentencing in the District Court of Guam under Criminal Case Number 07-00018, for Illegal Reentry of Removed Alien, in violation of 8 U.S.C. §§ 1326(a) and 1326(b)(2), which is scheduled for June 26, 2007.

A Transfer of Jurisdiction  was requested on May 3, 2007, by the District Court, Eastern District of New York so that the District Court of Guam could address the new offense and Mr. Lee's violation of his supervised release conditions.   On May 25, 2007, the District Court of Guam accepted jurisdiction over Mr. Lee.

**Recommendation:** This Probation Officer respectfully requests that the Court incorporate this violation at Mr. Lee's sentencing hearing and that he answer or show cause why his term of supervised release should not be revoked, pursuant to 18, U.S.C. § 3583.

Executed this 20th day of June 2007, at Hagatna, Guam, in conformance with the provisions of 28 U.S.C. § 1746.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By:  /s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

Reviewed by:

/s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
  Supervision Unit Leader

cc:    Rosetta L. San Nicolas, AUSA
       Richard P. Arens, AFPD
       File