# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

ROBERT C. HEINEMANN
Clerk

U.S. Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

July 27, 2007

**FILED**
DISTRICT COURT OF GUAM
AUG - 2 2007
MARY L.M. MORAN
CLERK OF COURT

Mary L.M. Moran- Clerk Of The Court
District of Guam
United States Courthouse
4th Floor, U.S. Courthouse
Hagatna, Guam 96910

**In re: USA vs YOUNG TAEK LEE
EDNY Case No.: 93-CR-1072**

Pursuant to the order of Judge Sterling Johnson transferring this action to your court, the following documents are herewith enclosed:

         X      Certified copy of order of transfer

         X      Certified copy of docket sheet

         X     Entire file (except documents # 18)

         _____ Entire File

         _____ Other

Kindly acknowledge receipt of the above-cited documents on the enclosed copy of this letter.

         Yours truly,

         Robert C. Heinemann
         Clerk of Court

         By:   Michele Sica
         Deputy Clerk

Encl.
cc: Case File

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 93-CR-1072-S-4 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 1:06-CR-00107-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| YOUNG TAEK LEE | Eastern District of New York | Brooklyn, New York |
| In BOP custody | NAME OF SENTENCING JUDGE | |
| | I. Leo Glasser | |

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ MAY 3 0 2007
BROOKLYN OFFICE

| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|---|
| | | 2/23/05 | 2/22/08 |

**OFFENSE**

Counts One charged Racketeering, in violation of 18 U.S.C §1962(c), a Class C Felony; Counts Two through Five charged Interference with Commerce by Violence, in violation of 18 U.S.C §1951, all Class C Felonies; and Count Six charged Use of a Firearm During a Crime of Violence, in violation of 18 U.S.C. § 924(c), a Class D Felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ EASTERN _____ DISTRICT OF _____ NEW YORK _____

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ District of Guam _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

May 3, 2007
_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised release be accepted and assumed by this Court from and after the entry of this order.

A TRUE COPY
DATE 7/27 20 07
ROBERT C. HEINEMAN
BY _____

_____
Effective Date

_____
United States District Judge

**MEMORANDUM**
**TO THE HONORABLE I. LEO GLASSER**
**Senior United States District Judge**

RE: LEE, Young Taek

DOCKET NO.: 93-CR-1072

Transfer of Jurisdiction

RECEIVED

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ MAY 30 2007 ★

BROOKLYN OFFICE

By way of background, on June 7, 1995, the above-captioned defendant was found guilty by jury verdict on a six-count superseding indictment. Counts One charged Racketeering, in violation of 18 U.S.C §1962(c), a Class C Felony; Counts Two through Five charged Interference with Commerce by Violence, in violation of 18 U.S.C §1951, all Class C Felonies; and Count Six charged Use of a Firearm During a Crime of Violence, in violation of 18 U.S.C. § 924(c), a Class D Felony.

On October 16, 1995, the defendant was sentenced before Your Honor to 97 months custody on Counts One through Five, and to 60 months custody on Count 6, to run consecutively to the term imposed on Counts One through Five. Additionally, he was sentenced to three years of supervised release and a $300 special assessment.

On February 23, 2005, the defendant was released from custody of the Bureau of Prisons, and held on detainer with Immigration and Customs Enforcement. The defendant was subsequently deported to Korea on March 29, 2005. However, on November 21, 2006, he attempted to illegally re-enter the United States via Guam. He is currently awaiting sentencing in the District of Guam, before Chief Judge Frances M. Tydingco-Gatewood, on May 10, 2007.

Based on the above-mentioned, the Probation Department respectfully recommends that jurisdiction of the case be transferred to the District of Guam so that their Court can address both the new offense and the violation of supervised release. Attached please find three copies of the Probation Form 22, authorizing the transfer of jurisdiction, for Your Honor's consideration. If agreeable to the Court, we respectfully request that Your Honor execute and certify three copies of the attached Probation Form 22, so that we may initiate a transfer of jurisdiction.

RESPECTFULLY SUBMITTED:
TONY GAROPPOLO
CHIEF U.S. PROBATION OFFICER

PREPARED BY: _____

Lisa A. Gjelaj
Sr. U.S. Probation Officer

APPROVED BY: _____

Guillermo G. Figueroa
Supervising U.S. Probation Officer

April 25, 2007

# U.S. PROBATION DEPT.
## EASTERN DISTRICT OF NEW YORK



# ROUTING SLIP

**DATE:**     May 30, 2007

**TO:**     Clerk's Office

**FROM:**     Sharon D. Dial, Researcher/Statistician
(347) 534-3421

**RE:**     LEE, Young Taek (PACTS 6361)
Docket No. 93-CR-1072
TRANSFER OF JURISDICTION



**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT

★ MAY 3 0 200

BROOKLYN OFFICE

On May 3, 2007, Judge Glasser signed the Probation 22 form initiating transfer of jurisdiction of this case to the District of Guam. Please enter this on the docket sheet.

Thank you!

# U.S. District Court
## Eastern District of New York (Brooklyn)
### CRIMINAL DOCKET FOR CASE #: 1:93-cr-01072-ILG-1
### Internal Use Only

Case title: USA v. Lee, et al

Date Filed: 09/23/1993
Date Terminated: 10/16/1995

Assigned to: Senior-Judge I. Leo Glasser

Appeals court case number: 95-1588

## Defendant

**Young Taek Lee (1)**
*TERMINATED: 10/19/1995*

represented by **Donna R. Newman**
Donna R. Newman
8 Lott Street
121 West 27th Street, Suite 1103
New York, NY 10001 (212) 229-1516
Jersey City, NJ 07306
(201) 420-5951
Fax: 201-420-8977
Email: donnanewmanlaw@aol.com
*TERMINATED: 10/19/1995*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Martin R. Stolar**
351 Broadway
New York, NY 10013
212 - 219-1919
Fax: 212-941-0980
Email: mrslaw37@hotmail.com
*TERMINATED: 10/19/1995*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*



A TRUE COPY
DATE 7/25/7 CO. 07
ROBERT C. HEINEMAN
BY........................ CLERK
DEPUTY CLERK

## Pending Counts

None

## Disposition

### Highest Offense Level (Opening)

None

| Terminated Counts | Disposition |
|---|---|
| 18:1951 & 3551 et seq - CONSPIRACY TO EXTORT. (1) | Dismissed |
| 18:1951 & 3551 et seq - CONSPIRACY TO EXTORT (1s) | Dismissed |
| 18:1962(c),1963 and 3551 et seq. RACKETEERING, EXTORTION (1ss) | Dismissed |
| 18:1962(c), 1963 & 3551 et seq - CONSPIRACY, EXTORTION, RACKETEERING, & THREATS (1sss) | Imprisonment for a term of 97 months, on Counts 1,2,3,4 & 5. On Count 6 deft sentenced to imprisonment for 60 months, consecutive to term on Counts 1,2,3,4 & 5, & a 3 year period of supervised release. |
| 18:1951 and 3551 et seq. EXTORTION, RACKETEERING, & THREATS (2ss) | Imprisonment for a term of 97 months, on Counts 1,2,3,4 & 5. On Count 6 deft sentenced to imprisonment for 60 months, consecutive to term on Counts 1,2,3,4 & 5, & a 3 year period of supervised release. |
| 18:1951.2 and 3551 et seq. EXTORTION, RACKETEERING, & THREATS (3ss) | Imprisonment for a term of 97 months, on Counts 1,2,3,4 & 5. On Count 6 deft sentenced to imprisonment for 60 months, consecutive to term on Counts 1,2,3,4 & 5, & a 3 year period of supervised release. |
| 18:1951.2 and 3551 et seq. EXTORTION, RACKETEERING, & THREATS (4ss-5ss) | Imprisonment for a term of 97 months, on Counts 1,2,3,4 & 5. On Count 6 deft sentenced to imprisonment for 60 months, consecutive to term on Counts 1,2,3,4 & 5, & a 3 year period of supervised release. |
| 18:1951 & 3551 et seq - EXTORTION, RACKETEERING, & THREATS (6sss) | Imprisonment for a term of 97 months, on Counts 1,2,3,4 & 5. On Count 6 deft sentenced to imprisonment for 60 months, consecutive to term on Counts 1,2,3,4 & 5, & a 3 year period of supervised release. |

18:1951, 2 & 3551 et seq -
EXTORTION, RACKETEERING, &
THREATS
(7sss-9sss)

Dismissed

18:924(c), 2 & 3551 et seq - DEFT
CARRIED & USED A FIREARM
DURING & IN RELATION TO A
CRIME OF VIOLENCE.
(17ssss)

Dismissed

## Highest Offense Level (Terminated)

Felony

## Complaints

None

## Disposition

---

## Plaintiff

USA                                    represented by **Elisa L. Liang**
                                                        United States Attorney's Office
                                                        Criminal Division
                                                        225 Cadman Plaza East
                                                        Brooklyn, NY 11201
                                                        (718) 254-7000
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Stephen Kelly**
                                                        United States Attorney's Office
                                                        Criminal Division
                                                        One Pierrepont Plaza
                                                        Brooklyn, NY 11201
                                                        (718) 254-7000
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/23/1993 | 1 | INDICTMENT as to Young Taek Lee (1) count(s) 1, Kwang Joon LNU (2) count(s) 1, Sam Chung (3) count(s) 1, Jin Su Choi (4) count(s) 1, In Sung Paek (5) count(s) 1, Ki Ho Park (6) count(s) 1, Alex Chung (7) count(s) 1, Ho Sung Kim (8) count(s) 1. (Greves, Liz) (Entered: 10/13/1993) |

| | | |
|---|---|---|
| 09/23/1993 | | Magistrate Ross has been selected by random selection to handle any matters that may be referred in this case. (Greves, Liz) (Entered: 10/13/1993) |
| 09/23/1993 | | Added Government Attorney Elisa L. Liang. (Greves, Liz) (Entered: 10/13/1993) |
| 09/29/1993 | | (Court only) First Appearance as to Young Taek Lee, Sam Chung, Jin Su Choi, In Sung Paek, Alex Chung, Ho Sung Kim held. (Greves, Liz) (Entered: 10/13/1993) |
| 09/29/1993 | | District Court Arraignment held as to Young Taek Lee (1) count(s) 1, Sam Chung (3) count(s) 1, Su Choi (4) count(s) 1, In Sung Paek (5) count(s) 1, Alex Chung (7) count(s) 1, Ho Sung Kim (8) count(s) 1. (Greves, Liz) (Entered: 10/13/1993) |
| 09/29/1993 | 3 | CALENDAR ENTRY as to Young Taek Lee, Sam Chung, Jin Su Choi, In Sung Paek, Alex Chung, Ho Sung Kim ; Case called before Judge I. L. Glasser on date of 9/29/93 for pleading. Court Reporter H. Shapiro, AUSA E. Liang & Interpreter Y. Kin present. Defts present with counsel. Deft Ki Ho Park not present He is in State custody. Defts arraigned. Not Guilty: Young Taek Lee (1) count(s) 1, Sam Chung (3) count(s) 1, Jin Su Choi (4) count(s) 1, In Sung Paek (5) count(s) 1, Alex Chung (7) count(s) 1, Ho Sung Kim (8) count(s) 1. AUSA Liang moves for detention of all defts. After hearing from all attorneys, Court makes a finding that there is a danger to the community, & all defts are detained. Detention hearing set for 10/4/93 at 4:30PM. Orders of temporary detention signed. Agents place defts in the custody of the US Marshal. (Greves, Liz) (Entered: 10/14/1993) |
| 10/04/1993 | 6 | CALENDAR ENTRY as to Young Taek Lee, Sam Chung, In Sung Paek ; Case called before Judge I. L. Glasser on date of 10/4/93. Court Reporter A. Sherman, AUSA E. Liang & Interpreter Y. Kim present. Defts present with counsel. Detention hearing held with respect to Sam Chung. Young Lee, In Paek & Ho Kim will come back tomorrow for detention hearing. Allen Lashley is relieved as counsel for Lee. Donna Newman is new counsel for Lee. AUSA Liang makes proffer to the Court of the danger of Sam Cheung to the community. Permanent order of detention signed. Motions to be filed by 10/25/93. Government's response by 11/8/93. Hearing scheduled for 11/12/93. Jury selection & trial set for 1/3/94. Criminal Pretrial Order signed & distributed. (Greves, Liz) (Entered: 10/14/1993) |
| 10/05/1993 | 7 | CALENDAR ENTRY as to Young Taek Lee, Kwang Joon LNU, In Sung Paek, Alex Chung, Ho Sung Kim ; Case called before Judge I. L. Glasser on date of 10/5/93. Court Reporter A. Sherman, AUSA E. Liang & Interpreter G. Jong present. Defts present with counsel. Detention hearing held. AUSA Liang moves to detain Kwong June & requests a detention hearing. Granted. Hearing set for 10/8/93 at 11:30AM. Counsel makes bail application on behalf of all defts. Government opposes. Frank |

| | | |
|---|---|---|
| | | Hancock asks to be relieved as counsel for Alex Chung. Pierre Lorsy has been retained by Chung's family. Mr. Hancock is relieved. Sung Wan Choi not produced today. He is in Patterson Correctional facility. A detention hearing will be held 10/6/93 at 2:30PM. Ross Gadey is his attorney. Court makes a finding that the government has proved defts are a danger to the community & orders them detained. Permanent orders of detention signed. Motion & trial schedule placed on the record. Criminal Pretrial Order distributed. Defts motions to be filed by 11/1/93. Not Guilty: Kwang Joon LNU (2) count(s) 1. (Greves, Liz) (Entered: 10/14/1993) |
| 10/13/1993 | 2 | ORDER dated 9/29/93 that portions of indictment 93CR1072 relating to Young Taek Lee, Kwang Joon LNU, Sam Chung, Jin Su Choi, In Sung Paek, Ki Ho Park, Alex Chung, Ho Sung Kim be unsealed; & that 93M1771 be unsealed. (Signed by Judge I. L. Glasser). (Greves, Liz) (Entered: 10/14/1993) |
| 10/13/1993 | 21 | Copy of REDACTED SUPERSEDING INDICTMENT as to Young Taek Lee (1) count(s) 1s, Kwang Joon LNU (2) count(s) 1s, Sam Chung (3) count(s) 1s, Jin Su Choi (4) count(s) 1s, In Sung Paek (5) count(s) 1s, Ki Ho Park (6) count(s) 1s, Alex Chung (7) count(s) 1s, Ho Sung Kim (8) count(s) 1s, Seung Hwan Choi (9) count(s) 1, 2, 3-4. (Greves, Liz) Modified on 10/19/1993 (Entered: 10/19/1993) |
| 10/13/1993 | 22 | CALENDAR ENTRY as to Young Taek Lee, Kwang Joon LNU, Sam Chung, Jin Su Choi, In Sung Paek, Ki Ho Park, Alex Chung, Seung Hwan Choi ; Case called before Judge I. L. Glasser on date of 10/13/93 for pleading. Court Reporter M. Picozzi, AUSA E. Liang & Interpreter Y. Kim present. Defts present with counsel. Defts arraigned on superseding indictment & plead not Guilty: Young Taek Lee (1) count(s) 1, 1s, Kwang Joon LNU (2) count(s) 1, 1s, Sam Chung (3) count(s) 1, 1s, Jin Su Choi (4) count(s) 1, 1s, In Sung Paek (5) count(s) 1, 1s, Ki Ho Park (6) count(s) 1, 1s, Alex Chung (7) count(s) 1, 1s, Seung Hwan Choi (9) count(s) 1, 2, 3-4. Motion schedule amended as follows: defts' motions to be filed by 11/22/93. Government's response by 12/6/93. Hearing on 12/10/93. Court will stick to the January trial date. Richard Rosenthal arrives late & informs the Court he has been retained by Sam Chung. Bernard Udell is relieved. (Greves, Liz) (Entered: 10/19/1993) |
| 10/14/1993 | 9 | CRIMINAL PRETRIAL ORDER as to Young Taek Lee, Kwang Joon LNU, Sam Chung, Jin Su Choi, In Sung Paek, Ki Ho Park, Alex Chung, Ho Sung Kim ( Signed by Judge I. L. Glasser, dated: 10/4/93). (Greves, Liz) (Entered: 10/14/1993) |
| 10/14/1993 | 10 | ORDER of EXCLUDABLE DELAY from 10/4/93 to 1/3/94 as to Young Taek Lee, Kwang Joon LNU, Sam Chung, Jin Su Choi, In Sung Paek, Ki Ho Park, Alex Chung, Ho Sung Kim (Signed by Judge I. L. Glasser, dated: 10/4/93). (Greves, Liz) (Entered: 10/14/1993) |
| 10/14/1993 | | (Court only) **Excludable XT start as to Young Taek Lee, Kwang Joon LNU, Sam Chung, Jin Su Choi, In Sung Paek, Ki Ho Park, Alex Chung, |

| | | Ho Sung Kim. (Greves, Liz) (Entered: 10/14/1993) |
|---|---|---|
| 10/14/1993 | 12 | NOTICE of Appearance for Young Taek Lee by Attorney Donna R. Newman. (Greves, Liz) (Entered: 10/14/1993) |
| 10/14/1993 | 14 | Arrest WARRANT Returned Executed as to Young Taek Lee on 9/29/93. (Greves, Liz) (Entered: 10/14/1993) |
| 10/14/1993 | | WRIT of Habeas Corpus issued for the appearance of Chung Man Lee on 10/14/93. (Greves, Liz) (Entered: 10/14/1993) |
| 10/14/1993 | | WRIT of Habeas Corpus issued for the appearance of Tae Mun O on 10/14/93. (Greves, Liz) (Entered: 10/14/1993) |
| 10/14/1993 | | WRIT of Habeas Corpus issued for the appearance of Chang Hwan Yim 10/14/93. (Greves, Liz) (Entered: 10/14/1993) |
| 10/19/1993 | 25 | Letter dated 10/13/93 from AUSA Elisa L. Liang to all defense counsel regarding discovery as to all defts. (Greves, Liz) (Entered: 10/19/1993) |
| 10/20/1993 | | Deadline updated motions to be filed by 11/1/93. Jury selection set for 1/3/94. Jury trial set for 1/3/94. (Gonzalez, Mary) (Entered: 10/20/1993) |
| 10/28/1993 | 33 | COPY OF A LETTER dated 10/26/93 from Elisa Liang to Ms. Newman. Providing discovery. (fe) (Entered: 10/28/1993) |
| 10/28/1993 | 34 | (Copy)Lttr. dtd. 10/28/93 from AUSA, Elisa Liang, to Carol Hawthorne, Legal Asst. at Otisville informing her of the list of the dfts.' inmate numbers and names. (Asreen, Wendy) (Entered: 11/03/1993) |
| 10/29/1993 | 35 | (Copy) Lttr. dtd. 10/26/93 from AUSA, Elisa Liang, to Ross Gadye, Esq., providing him with discovery. (Asreen, Wendy) (Entered: 11/03/1993) |
| 11/03/1993 | 36 | TRANSCRIPT OF ARRAIGNMENT before Judge Leo Glasser filed in case as to Young Taek Lee, Kwang Joon LNU, Sam Chung, Jin Su Choi, In Sung Paek, Ki Ho Park, Alex Chung, Ho Sung Kim, Seung Hwan Choi for dates of 9/29/93 @ 4:00 p.m. Court Reporter/ESR: Shapiro (Roker, Michelle) (Entered: 11/03/1993) |
| 11/05/1993 | 39 | ORDER i) unsealing the portions of indictments 93-cr-1072(s) and 93-1072(S-1) insofar as they relate to deft Lee,Hyun Choi, and ii0 dismissing indictment 93-cr-1071(ILG) it is hereby ordered that the application be granted; it is further ordered that the application be sealed. ( Signed by Judge I. L. Glasser , dated: 11/5/93) (Dobkin, David) (Entered: 11/09/1993) |
| 11/05/1993 | 40 | SUPERSEDING INDICTMENT as to Hyun Choi Lee (10) count(s) 1, 2, 3-5, 6, 7-8, Jae Wook Lee (11) count(s) 1, 2, 3-5, 6, 11, Kwang Joon Ra (12) count(s) 1, 2, 3-5 , Young Taek Lee (1) count(s) 1ss, 2ss, 3ss, 4ss-5ss, Sam Chung (3) count(s) 1ss, 2ss, 3ss, 4ss-5ss, 6ss, 9ss-10ss, 12ss, Jin Su Choi (4) count(s) 1ss, 2ss, 3ss, 4ss-5ss, 6ss, 9ss-10ss, 13ss, In Sung Paek (5) count(s) 1ss, 2ss, 3ss, 4ss-5ss, Alex Chung (7) count(s) 1ss, 2ss, 3ss, 4ss-5ss, Ho Sung Kim (8) count(s) 1ss, 2ss, 3ss, 4ss-5ss, Seung Hwan |

| | | |
|---|---|---|
| | | Choi (9) count(s) 1s, 2s, 3s, 4s-5s, 6s, 7s-8s (Dobkin, David) (Entered: 11/10/1993) |
| 11/10/1993 | 41 | Copy of letter dated 11/5/93 from Donna R. Newman to Ms Liang regarding discovery as to deft Young Taek Lee. (Greves, Liz) (Entered: 11/10/1993) |
| 11/12/1993 | 42 | (COPY) of letter to Elisa L. Lang from Irving Anolik, Attorney for defendant Ra, dated 11/9/93. Requesting to be informed as soon as possible if a Superseding Indictment is being filed. (Johnson, Lorraine) (Entered: 11/12/1993) |
| 11/15/1993 | 43 | (COPY) of letter to Elisa L. Liang from Donna R. Newman, Esq., dated 11/5/93. Requesting discovery pursuant to Rule 16. (Johnson, Lorraine) (Entered: 11/16/1993) |
| 11/23/1993 | 45 | CALENDAR ENTRY as to Young Taek Lee, Sam Chung, Jin Su Choi, In Sung Paek, Alex Chung, Ho Sung Kim, Seung Hwan Choi ; Case called before Judge I. L. Glasser on date of 11/23/93 for pleading. Court Reporter T. Mancuso, AUSA E. Liang & Interpreter Y. Kim present. Defts present with counsel, Defts arraigned. Mr. Lorsy makes another bail application on behalf of Alex Chung. Denied. AUSA Liang informs the Court discovery is almost completed. 40 tapes have been produced. Case adjourned to 12/21/93 at 9:30AM. A new motion schedule & trial date will be set than. Hyun Choi Lee will be arraigned tomorrow. Jay Wok Lee is a fugitive. Ho Sung Kim was not produced. He will be arraigned on 11/29/93 at 4:30PM. (Greves, Liz) (Entered: 11/29/1993) |
| 11/29/1993 | 46 | ORDER of EXCLUDABLE DELAY from 11/23/93 to 12/21/93 as to Young Taek Lee, Sam Chung, Jin Su Choi, In Sung Paek, Alex Chung, Ho Sung Kim, Seung Hwan Choi. (Signed by Judge I. L. Glasser, dated: 11/24/93). (Greves, Liz) (Entered: 11/29/1993) |
| 11/29/1993 | | (Court only) **Excludable XT start as to Young Taek Lee, Sam Chung, Jin Su Choi, In Sung Paek, Alex Chung, Ho Sung Kim, Seung Hwan Choi. (Greves, Liz) (Entered: 11/29/1993) |
| 12/22/1993 | 53 | Letter from Young Taek Lee to Clerk of the Court requesting copies of various documents. (Greves, Liz) (Entered: 12/27/1993) |
| 01/03/1994 | 59 | CALENDAR ENTRY as to Young Taek Lee, Jin Su Choi, In Sung Paek, Alex Chung, Ho Sung Kim, Seung Hwan Choi, Hyun Choi Lee, Kwang Joon Ra, Jin Ho Yu ; Case called before Judge I. L. Glasser on date of 12/21/93 for status conference. Court Reporter G. Rudolph, AUSA E. Liang & Interpreter Ms. Melton present. Defts present with counsel. Ms. Kellman now represents deft Kwang Joon Ra. Mr. Anolik is relieved as counsel for Kwang Ra. Notice of Appearance filed by Ms Kellman. Defts' motions to be filed by 2/14/94. Government's response by 3/7/94. Hearing on 3/18/94 if necessary. Mr. Berman is relieved as counsel for deft Hyun Choi Lee & Mr. Scotty Auster will represent deft. (Greves, Liz) (Entered: 01/03/1994) |

| | | |
|---|---|---|
| 02/15/1994 | 76 | Letter dated 2/10/94 from William Keith Watanabe to Judge Glasser regarding his letter of 2/9/94 requesting extension of time to file motions; & advising that the name of Charles Ross should not have been included in the list of counsel joining in the application for the extension. (Greves, Liz) (Entered: 02/15/1994) |
| 02/17/1994 | 80 | ORDER dated 2/10/94 that defts' time to file motions extended to 2/25/94. (Signed by Judge I. L. Glasser on letter dated 2/9/94 from William Keith Watanabe). (Greves, Liz) (Entered: 02/17/1994) |
| 02/23/1994 | | (Court only) **Terminated deadlines (Lui, Lin) (Entered: 02/23/1994) |
| 02/25/1994 | 81 | ORDER (on letter dated 2/23/94) to Judge Glasser from Henry J. Steinglass requesting (2) week extension for defense motions, as to Seung Choi & (all defendants). SO ORDERED Motion hearing set for 3/11/94 (75-1). ( Signed by Judge I. L. Glasser , dated: 2/23/94) ***SEE ITEM #81 for Order*** (Johnson, Lorraine) (Entered: 02/25/1994) |
| 02/25/1994 | 83 | SEALED DOCUMENT containing an application and order, by AUSA, Elisa Liang. (Asreen, Wendy) (Entered: 02/25/1994) |
| 03/09/1994 | 91 | OMNIBUS MOTION by Young Taek Lee for a bill of particulars; Brady & Giglio material;to sever; to redact portions of tape recorded conversations; etc. (Greves, Liz) (Entered: 03/10/1994) |
| 03/09/1994 | 92 | AFFIRMATION of Donna R. Newman in support of deft Young Taek Lee's Omnibus Motion. (Greves, Liz) (Entered: 03/10/1994) |
| 03/09/1994 | 93 | MEMORANDUM by Young Taek Lee in support of [91-1] motion for a bill of particulars; Brady & Giglio material;to sever; to redact portions of tape recorded conversations; etc. (filed with Exhibits A-E attached). (Greves, Liz) (Entered: 03/10/1994) |
| 03/11/1994 | | (Court only) **Terminated deadlines (Lui, Lin) (Entered: 03/11/1994) |
| 03/14/1994 | 97 | ORDER dated 3/4/94 as to Young Taek Lee, Sam Chung, Jin Su Choi, In Sung Paek, Alex Chung, Ho Sung Kim, Seung Hwan Choi, Hyun Choi Lee, Jae Wook Lee, Kwang Joon Ra, Jin Ho Yu, Chong Ho Kim, Motion hearing set for 9:30AM on 4/15/94.(signed by Judge I. L. Glasser on letter dated 3/4/94 from AUSA Elisa L. Liang). (Greves, Liz) (Entered: 03/14/1994) |
| 03/23/1994 | 110 | ORDER as to Young Taek Lee ordered that an additional extension of 2 weeks on the time for submission of the defense motions from 3/18/94. ( Signed by Judge I. L. Glasser dated: 3/21/94) (endorsed on letter dated 3/16/94 from Charles Ross to Judge Glasser). (Dobkin, David) (Entered: 03/23/1994) |
| 03/31/1994 | | (Court only) **Terminated deadlines (Lui, Lin) (Entered: 03/31/1994) |
| 04/06/1994 | 113 | ORDER dated 4/1/94 granting government's request for a two week extension to respond to defts' motions. (Signed by Judge I. L. Glasser on letter dated 4/1/94 from AUSA Elisa L. Liang). (Greves, Liz) (Entered: |

| | | 04/06/1994) |
|---|---|---|
| 04/06/1994 | 114 | ORDER dated 4/1/94 that government's time to respond to defts' motions extended two weeks. (Signed by Judge I. L. Glasser on letter dated 3/31/94 from AUSA Elisa L. Liang). (Greves, Liz) (Entered: 04/06/1994) |
| 04/15/1994 | 119 | CALENDAR ENTRY as to Young Taek Lee ; Case called before Judge I. L. Glasser on date of 4/15/94 for status conference. Court Reporter C. Januzzi, AUSA E. Liang & Interpreter M. Melton present. Deft present with counsel Donna Newman. This conference was scheduled to discuss a possible conflict. Ms. Newman represented a cellmate of deft. Ms Newman wishes to continue as deft's attorney. The Court will not make any determination at this time. If the government wants to move to disqualify Ms Newman, it is free to do so. (Greves, Liz) (Entered: 04/20/1994) |
| 04/20/1994 | 120 | Letter dated 4/14/94 from AUSA Elisa L. Liang to Judge Glasser advising that letter is being submitted to inform the Court of issues to be addressed at the 4/15/94 conference. (Greves, Liz) (Entered: 04/20/1994) |
| 04/20/1994 | 121 | Copy of letter dated 4/18/94 from AUSA Elisa Liang to all defense counsel for defts Lee, Young Taek, Lee, Hyun Chae, Choi, Seung Hwan, Yu, Jin Ho, Sam Chung, Choi, Jin Su, Paek, In Sung, conveying govt's proposed plea. (Dobkin, David) (Entered: 04/21/1994) |
| 05/03/1994 | 122 | SEALED ENVELOPE containing an application and order regarding a Pen Register . Initial application presented to Mag. Chrein on Nov. 24, 1992. Asst. U.S. Atty. Elisa Liang (Her file #9204450) requested that this Pen Register be filed in this action. (Vaughn, Terry) (Entered: 05/03/1994) |
| 05/18/1994 | 123 | CALENDAR ENTRY as to Young Taek Lee, In Sung Paek, Seung Hwan Choi, Hyun Choi Lee, Jin Ho Yu ; Case called before Judge I. L. Glasser on date of 5/18/94 for status conference. Court Reporter G. Rudolph, AUSA E. Liang & Interpreter Y. Kim present. Defts present with counsel. Government's response to defts' motion to be filed by 7/29/94. Defts' reply by 8/12/94. Motions to be heard on 9/9/94 at 9:30AM. Jury selection set for 11/14/94. Jury trial set for 11/14/94. (Greves, Liz) (Entered: 05/24/1994) |
| 05/24/1994 | 124 | ORDER of EXCLUDABLE DELAY from 5/18/94 to 11/14/94 as to Young Taek Lee, Kwang Joon LNU, Sam Chung, Jin Su Choi, In Sung Paek, Ki Ho Park, Alex Chung, Ho Sung Kim, Seung Hwan Choi, Hyun Choi Lee, Jae Wook Lee, Kwang Joon Jin Ho Yu, Chong Ho Kim. (Signed by Judge I. L. Glasser, dated: 5/18/94). (Greves, Liz) (Entered: 05/24/1994) |
| 05/24/1994 | | (Court only) **Excludable XT start as to Young Taek Lee, Kwang Joon LNU, Sam Chung, Jin Su Choi, In Sung Paek, Ki Ho Park, Alex Chung, Ho Sung Kim, Seung Hwan Choi, Hyun Choi Lee, Jae Wook Lee, Kwang Joon Ra, Jin Ho Yu, Chong Ho Kim (Greves, Liz) (Entered: 05/24/1994) |

| 06/01/1994 | 125 | Letter dated 5/23/94 from Donna Newman to Judge Glasser, confirming conversation that she shall remain counsel of deft Young Lee until 6/24/94. (Dobkin, David) (Entered: 06/01/1994) |
|---|---|---|
| 06/14/1994 | 204 | TRANSCRIPT filed in case as to Young Taek Lee for dates of 6/5/95/jury trial; Court Reporter: Mickey Brymer (Glenn, Marilyn) (Entered: 06/15/1995) |
| 06/16/1994 | 128 | Superseding Indictment Ordered sealed by Mag Chrein 6/16/94. (PLACED IN VAULT). (Greves, Liz) (Entered: 06/21/1994) |
| 06/22/1994 | 129 | REDACTED SUPERSEDING INDICTMENT as to Young Taek Lee (1) count(s) 1sss, 6sss, 7sss-9sss. (Greves, Liz) (Entered: 06/23/1994) |
| 06/22/1994 | | Count(s) added Young Taek Lee (1) count(s) 17ssss, Seung Hwan Choi (9) count(s) 17sss (Greves, Liz) (Entered: 06/23/1994) |
| 06/22/1994 | 130 | CALENDAR ENTRY as to Young Taek Lee, Seung Hwan Choi, Hyun Choi Lee ; Case called before Judge I. L. Glasser on date of 6/22/94 for pleading. Court Reporter A. Sherman, AUSA E. Liang & In, Not Guilty: Young Taek Lee (1) count(s) 1, 1s, 1ss, 2ss, 3ss, 4ss-5ss, 1sss, 6sss, 7sss-9sss, 17ssss, Seung Hwan Choi (9) count(s) 1, 2, 3-4, 1s, 2s, 3s, 4s-5s, 6s, 7s-8s, 1ss, 6ss, 7ss-9ss, 10ss, 11ss, 12ss-13ss, 17sss, Hyun Choi Lee (10) count(s) 1, 2, 3-5, 6, 7-8, 1s, 4s-5s, 6s, 7s-9s, 10s, 11s, 12s-13s, 14s. Defts present with counsel. Defts arraigned. Mr. Wolf to file his response on 8/19/94. We have a 11/14/94 trial date. (Greves, Liz) Modified on 06/23/1994 (Entered: 06/23/1994) |
| 08/09/1994 | 140 | ORDER as to Young Taek Lee, Seung Hwan Choi, Hyun Choi Lee, Jin Ho Yu, granting an extension of time until 8/19/94 to respond to the motions of dfts ( Signed by Judge I. L. Glasser , dated: 8/8/94) (fe) (Entered: 08/09/1994) |
| 08/25/1994 | 141 | CALENDAR ENTRY as to Young Taek Lee ; Case called before Judge I. L. Glasser on date of 8/25/94 for Status Conference. Court Reporter Heri LeGendre. Case called for substituion of counsel. Donna Newman is relieved. John Patten will be appointed. (Gonzalez, Mary) (Entered: 08/26/1994) |
| 10/06/1994 | 145 | Copy of letter dated 8/5/94 from AUSA Elisa L. Liang to Donna R. Newman & William Keith Watanabe enclosing a revised plea agreement for defts Young Taek Lee & Seung Hwan Choi. (Greves, Liz) (Entered: 10/06/1994) |
| 10/26/1994 | 147 | CALENDAR ENTRY as to Young Taek Lee, Hyun Choi Lee, Seung Hwan Choi ; Case called before Judge I. L. Glasser on date of 10/26/94 at 12:30 p.m. for pleaing. Court Reporter Tony Mancuso, AUSA Elisa Liang. Korean interpreter Myung Ja Melton. Mr. Patten has conflict and may need to be relieved. He is willing to stay on the case for a week or so. Mr. Wolf will be on trial in Januray. Mr. Watanabe will be on trial in November and January. Elisa Liang and the attorneys have been |

| | | |
|---|---|---|
| | | discussing a disposition for some time now. The plea offer is extended until 11/11/94. Another conference will be held on 11/10/94 at 4:30 p.m. , There are outstanding motions, so the clock has stopped. set jury selection for 2/27/95 for Young Taek Lee, for Seung Hwan Choi, for Hyun Choi Lee before Judge I. L. Glasser , set Jury trial for 2/27/95 for Young Taek Lee, for Seung Hwan Choi, for Hyun Choi Lee before Judge I. L. Glasser (Lui, Lin) (Entered: 10/28/1994) |
| 11/10/1994 | 148 | CALENDAR ENTRY as to Young Taek Lee ; Case called before Judge I. L. Glasser on date of 11/10/94 for status conference. Court Reporter P. Auerbach, AUSA E. Liang & Interpreter Myung Ja Melton. Deft present. Mr. Patten could not appear today. Case adjourned to 11/16/94 at 4PM before Judge I. L. Glasser. (Greves, Liz) (Entered: 11/15/1994) |
| 11/16/1994 | 150 | CALENDAR ENTRY as to Young Taek Lee ; Case called before Judge I. L. Glasser on date of 11/16/94 for status conference. Court Reporter M. Bryner, AUSA E. Liang & Interpreter M. Melton. Deft present with counsel John Patten. John Patten asks to be relieved, because of heavy trial schedule. Application granted. Another attorney will be appointed. (Greves, Liz) (Entered: 11/23/1994) |
| 11/22/1994 | 149 | Sealed envelope containing LETTER. (Placed in Vault). (Greves, Liz) (Entered: 11/22/1994) |
| 11/28/1994 | 151 | Sealed envelope containing Application & Order. (Placed in Vault). (Greves, Liz) (Entered: 11/28/1994) |
| 11/28/1994 | 152 | Sealed envelope containing Order & Application. (Placed in Vault). (Greves, Liz) (Entered: 11/28/1994) |
| 11/28/1994 | | (Court only) **Terminated past due deadlines. (Lui, Lin) (Entered: 11/28/1994) |
| 01/13/1995 | | Magistrate Mann has been selected by random selection to handle any matters that may be referred in this case. (Guzzi, Roseann) (Entered: 01/13/1995) |
| 01/25/1995 | 159 | SEALED LETTER dated 1/23/95 as per order of Judge Glasser. Date of Sealing 1/24/95. (Dobkin, David) (Entered: 01/25/1995) |
| 02/01/1995 | 165 | CALENDAR ENTRY as to Young Taek Lee ; Case called before Judge I. L. Glasser on date of 2/1/95 for status conference. Court Reporter A. Sherman, AUSA E. Liang & Interpreter S. Hahn. Deft present with counsel Martin Stolar. Mr. Stolar & Ms. Liang have been working very hard to work out a disposition. They request that deft Lee be added to the Court's calendar tomorrow at 4PM. Granted. All three remaining defts will plead guilty tomorrow. (Greves, Liz) (Entered: 02/07/1995) |
| 02/03/1995 | 163 | CALENDAR ENTRY as to Young Taek Lee, Seung Hwan Choi, Hyun Choi Lee; Case called before Judge I. L. Glasser on date of 2/3/95 for status conference. Court Reporter F. Guerino, AUSA E. Liang & Interpreter M. Melton. Defts present with counsel. Parties cannot reach an |

|  |  | agreement. Jury selection & trial set for 5/22/95 at 9:30AM. There are outstanding motions. The government has not filed a response because there were plea negotiations. Mr. Stolar, the 3rd lawyer for Young Taek Lee, will be filing his own motions by 3/20/95. Ms Liang to file her response by 4/3/95. (Greves, Liz) (Entered: 02/07/1995) |
|---|---|---|
| 02/07/1995 | 164 | ORDER of EXCLUDABLE DELAY from 2/3/95 to 5/22/95 as to Young Taek Lee, Seung Hwan Choi, Hyun Choi Lee. (Signed by Judge I. L. Glasser, dated: 2/3/95). (Greves, Liz) (Entered: 02/07/1995) |
| 02/07/1995 |  | (Court only) **Excludable XT start as to Young Taek Lee, Seung Hwan Choi, Hyun Choi Lee. (Greves, Liz) (Entered: 02/07/1995) |
| 03/20/1995 |  | (Court only) **Terminated past due deadlines. (Lui, Lin) (Entered: 03/20/1995) |
| 04/28/1995 | 170 | COPY LETTER dated 4/27/95 from AUSA Elisa L. Liang to Martin Stollar, Esq. confirming that physical evidence seized is available for your review. (Guzzi, Roseann) (Entered: 05/03/1995) |
| 05/02/1995 | 169 | Sealed envelope containing ORDER/APPLICATION. (PLACED IN VAULED). (Greves, Liz) (Entered: 05/03/1995) |
| 05/04/1995 | 171 | WRIT of Habeas Corpus ad Testificandum issued for Liu, Han Kai and O, Tae Mun for 5/15/95 in this action. ( Signed by Judge I. L. Glasser , Dated 05/03/95) (Asreen, Wendy) (Entered: 05/04/1995) |
| 05/04/1995 | 173 | AFFIDAVIT by Elisa Liang, AUSA as to Young Taek Lee, Hyun Choi Lee Re: [91-1] motion for a bill of particulars; Brady & Giglio material;to sever; to redact portions of tape recorded conversations; etc. (Ferguson, Frances) (Entered: 05/05/1995) |
| 05/04/1995 | 177 | Copy of LETTER dated 5/4/95 from AUSAs Elisa Liang & Stephen Kelly to Judge Glasser advising that the motions of defts Young Taek Lee & Hyun Choi Lee should be denied. (Greves, Liz) (Entered: 05/17/1995) |
| 05/17/1995 | 176 | Copy of LETTER dated 5/15/95 from AUSAs Elisa Liang & Stephen Kelly to Mr. Stollar regarding evidence that the government intends to introduce at trial. (Greves, Liz) (Entered: 05/17/1995) |
| 05/18/1995 | 183 | CALENDAR ENTRY as to Young Taek Lee ; Case called before Judge I. L. Glasser on date of 5/18/95 for status conference. Court Reporter F. Guerino & AUSA E. Liang & Korean Interpreter Myun -Ya Melton. Deft present with counsel Martin Stolar. The severance motion is academic. A hearing may be needed to determine the admissibility & accuracy of the tapes. Motion to suppress evidence is now moot. Defense wants to interview prospective witnesses. Request of deft for bill of particulars is denied. Trial will begin on 5/22/95. Mr. Stolar called the Clerk later this day to say there would bo no need for a hearing with respect to 10 tapes. There is no problem with their accuracy, or audibility.. (Greves, Liz) (Entered: 05/23/1995) |

| | | |
|---|---|---|
| 05/19/1995 | 180 | AFFIRMATION by AUSA, Elisa Liang in support of the government's response to the omnibus motions of defendants Lee, Young Taek and Lee, Hyun Choi for various relief. (Asreen, Wendy) (Entered: 05/19/1995) |
| 05/19/1995 | 181 | (copy w/o enclosures) LETTER dated 05/18/95 from AUSA, Elisa Liang to Martin Stollar, Esq. forwarding a revised version of the 3/18/95 telephone conversation and a draft transcript for the 4/13/95 conversation. (Asreen, Wendy) (Entered: 05/19/1995) |
| 05/22/1995 | | Voir dire begun as to Young Taek Lee (1) count(s) 1sss, 1ss, 1s, 1, 2ss, 3ss, 4ss-5ss, 6sss, 7sss-9sss, 17ssss. (Greves, Liz) (Entered: 05/23/1995) |
| 05/22/1995 | 184 | Before Judge Glasser on 5/22/95 case called. Court Reporter T. Mancuso, AUSA E. Liang, S. Kelly, Korean Interpreter Y. Kimm, K. Kim, Anthony Fitzgerald, J.R. Smith present. Deft present with counsel Martin Stolar. Voir dire held. Jury sworn. Trial ordered & begun. Stephen Kelley opens for the government. Martin Stolar opens for deft. Jury trial continued to 5/23/95 at 9:30AM. (Greves, Liz) Modified on 05/23/1995 (Entered: 05/23/1995) |
| 05/23/1995 | 182 | LETTER dated 5/19/95 from Martin R. Stolar to Judge Glasser requesting on behalf of deft Young Taek Lee that the Court add certain questions to supplement the Court's voir dire of the jury panel to be selected for the trial of this case. (Greves, Liz) (Entered: 05/23/1995) |
| 05/23/1995 | 185 | CALENDAR ENTRY as to Young Taek Lee ; Case called before Judge I. L. Glasser on date of 5/23/95 for jury trial. Court Reporter T. Mancuso, G. Rudolph, S. Silverman AUSA E. Liang, S. Kelly, Korean Interpreter Y. Kim, FBI - JR Smith, Anthony Fitzgerald. Deft present with counsel Martin Stolar. Trial continued to 5/24/95 at 9:30AM. (Greves, Liz) (Entered: 05/25/1995) |
| 05/24/1995 | 186 | CALENDAR ENTRY as to Young Taek Lee ; Case called before Judge I. L. Glasser on date of 5/24/95 for jury trial. Court Reporter T. Mncuso, S. Silverman, AUSA E. Liang, S. Kelly, Korean Interpreter Y. Kim. Deft present with counsel Martin Stolar. Trial continued to 5/25/95 at 9:45AM. (Greves, Liz) (Entered: 05/25/1995) |
| 05/25/1995 | 187 | CALENDAR ENTRY as to Young Taek Lee ; Case called before Judge I. L. Glasser on date of 5/25/95 for jury trial. Court Reporter T. Mancuso, S. Silverman, AUSA E. Liang & S. Kelly. Deft present with counsel Martin Stolar. Trial to resume on 5/30/95 at 10AM. (Greves, Liz) (Entered: 05/30/1995) |
| 05/30/1995 | 189 | CALENDAR ENTRY as to Young Taek Lee ; Case called before Judge I. L. Glasser on date of 5/30/95 for jury trial. Court Reporter G. Rudolph, S. Silverman, T. Mancuso, AUSA E. Liang, S. Kelly, & Korean Interpreter Mr. Kim. Trial continued to 5/31/95 at 9:30AM. (Greves, Liz) (Entered: 05/31/1995) |

| | | |
|---|---:|---|
| 05/31/1995 | 190 | CALENDAR ENTRY as to Young Taek Lee ; Case called before Judge I. L. Glasser on date of 5/31/95 for jury trial. Court Reporters G. Rudolph, S. Silverman, T. Mancuso, AUSA E. Liang & S. Kelly. Deft present with counsel Martin Stolar. Trial continued to 6/1/95 at 9:45AM. (Greves, Liz) (Entered: 06/05/1995) |
| 06/01/1995 | 191 | CALENDAR ENTRY as to Young Taek Lee ; Case called before Judge I. L. Glasser on date of 6/1/95 for jury trial. Court Reporters G. Rudolph, S. Silverman & AUSA E. Liang & S. Kelly. Deft present with counsel Martin Stolar. Trial continued to 6/5/95 at 10AM. (Greves, Liz) (Entered: 06/05/1995) |
| 06/05/1995 | 194 | CALENDAR ENTRY as to Young Taek Lee ; Case called before Judge I. L. Glasser on 06/05/95 for jury trial. AUSA: Elisa Liang and Stephen Kelly. Defense counsel: Martin Stolar. Court Reporter: Mickey Brymer. Gov't calls Charles Seymour to the stand. Gov't rests. Rule 29 motions by Mr. Stolar are DENIED. Defense calls Mr. Il Park and Young Kyu Hwang to the statnd. Defense rests. Trial to continue to 6/6/95 at 9:30. (Asreen, Wendy) (Entered: 06/09/1995) |
| 06/06/1995 | 195 | CALENDAR ENTRY as to Young Taek Lee ; Case called before Judge I. L. Glasser on date of 6/6/95 for jury trial. Court Reporter M. Brymer, AUSA E. Liang, S. Kelly, & Korean Interpreter Mr. Yang. Deft present with counsel Martin Stolar. AUSA Liang sums up for the government. Martin Stolar sums up for the defense. AUSA Liang on rebuttal. Judge charges jury. Alternates discharged. Marshal sworn. Jury begins deliberations. Trial continued to 6/7/95 at 9:30AM. (Greves, Liz) (Entered: 06/12/1995) |
| 06/07/1995 | 192 | Unsigned copy of Government's supplemental request to charge as to Young Taek Lee. (Asreen, Wendy) (Entered: 06/07/1995) |
| 06/07/1995 | 196 | CALENDAR ENTRY as to Young Taek Lee ; Case called before Judge I. L. Glasser on date of 6/7/95 for jury trial Court Reporter M. Brymer & AUSA E. Liang & S. Kelly. Deft present with counsel Martin Stolar. Jury trial resumes. Guilty on all six counts. Jury trial ends. (Greves, Liz) (Entered: 06/12/1995) |
| 06/07/1995 | | JURY VERDICT as to Young Taek Lee Guilty: Young Taek Lee (1) count(s) 1ss, 2ss, 3ss, 4ss-5ss, 6sss. (Greves, Liz) (Entered: 06/12/1995) |
| 06/07/1995 | | Deadline updated as to Young Taek Lee, Sentencing for 9:30 9/14/95 for Young Taek Lee before Judge I. L. Glasser (Greves, Liz) (Entered: 06/12/1995) |
| 06/09/1995 | 193 | Proposed Jury Instructions by Young Taek Lee. (Asreen, Wendy) (Entered: 06/09/1995) |
| 06/13/1995 | 197 | TRANSCRIPT fo Proceedings filed in case as to Young Taek Lee for dates of 5/23/95 before Judge Glasser; Court Reporter: Anthony Mancuso. (Murphy, Margaret) (Entered: 06/13/1995) |

| 06/13/1995 | 198 | TRANSCRIPT of Proceedings filed in case as to Young Taek Lee for dates of 5/31/95 before Judge Glasser; Court Reporter: Gene Rudolph. (Murphy, Margaret) (Entered: 06/13/1995) |
|---|---|---|
| 06/13/1995 | 199 | TRANSCRIPT of jury trial before judge Glasser filed in case as to Young Taek Lee for dates of 5/30/95; Court Reporter G. Rudolph. (Greves, Liz) (Entered: 06/14/1995) |
| 06/14/1995 | 200 | Copy of LETTER dated 5/15/95 from AUSA Elisa Liang & Stephen Kelly to Mr. Stollar regarding government's intention to offer in evidence "enterprise" crimes during the course of trial. (Greves, Liz) (Entered: 06/14/1995) |
| 06/14/1995 | 201 | Copy of LETTER dated 5/24/95 from AUSA Elisa Liang & Stephen Kelly to Judge Glasser regarding issue of late discovery & disclosure; & requesting that the Court exercise its discretion to allow the admission of this evidence at trial. (Greves, Liz) (Entered: 06/14/1995) |
| 06/14/1995 | 202 | Copy of LETTER dated 5/25/95 from AUSA Elisa Liang to Mr. Stollar enclosing xerographic copies of the photos taken by the Nassau County Police Dept after the LI robbery in Valley Stream; & 3 recent photos of the residence; & advising that the street address number of the residence has been redacted to protect the civilian witnesses. (Greves, Liz) (Entered: 06/14/1995) |
| 06/14/1995 | 203 | LETTER dated 6/1/95 from AUSA Elisa Liang & Stephen Kelly to Judge Glasser informing the Court & defense counsel of the government's requests regarding the jury instructions in this case. (Greves, Liz) (Entered: 06/14/1995) |
| 06/14/1995 | 251 | TRANSCRIPT OF TRIAL BEFORE JUDGE I LEO GLASSER filed in case as to Young Taek Lee for dates of 6/5/95 ; Court Reporter/ESR: Mickey Brymer. (McGee, Maryann) (Entered: 11/21/1995) |
| 06/15/1995 | 205 | TRANSCRIPT filed in case as to Young Taek Lee for dates of May 22, 1995, at 9:30 a.m., of proceedings held before Judge Glasser and a jury ; Court Reporter/ESR: Anthony M. Mancuso, Reporter. (Vaughn, Terry) (Entered: 06/16/1995) |
| 06/15/1995 | 206 | TRANSCRIPT filed in case as to Young Taek Lee for dates of May 24, 1995, at 9:20 a.m., of proceedings held before Judge Glasser and a jury ; Court Reporter/ESR: Anthony M. Mancuso, Reporter. (Vaughn, Terry) (Entered: 06/16/1995) |
| 06/15/1995 | 207 | TRANSCRIPT filed in case as to Young Taek Lee for dates of May 25, 1995, at 9:40 a.m., of proceedings held before Judge Glasser and a jury; Court Reporter/ESR: Anthony M. Mancuso, Reporter. (Vaughn, Terry) (Entered: 06/16/1995) |
| 06/15/1995 | | (Court only) ** Added Government Attorney Stephen Kelly. (Vaughn, Terry) (Entered: 06/16/1995) |

| 06/15/1995 | | (Court only) ** Added for Young Taek Lee Attorney Martin R. Stolar. (Vaughn, Terry) (Entered: 06/16/1995) |
|---|---|---|
| 06/22/1995 | 208 | LETTER dated 6/16/95 from AUSA Elisa Liang to Judge Glasser regarding adjournment of sentencing for defts in the above case. (see attached list for defts). (Dobkin, David) (Entered: 06/22/1995) |
| 09/14/1995 | 211 | CALENDAR ENTRY as to Young Taek Lee ; Case called before Judge I. L. Glasser on date of 9/14/95 for sentencing. Court Reporter M. Brymer, AUSA E. Liang & Korean Interpreter M. Melton. Deft present with counsel Martin Stolar. Sentencing adjourned to 9/29/95 at 2:30PM before Judge I. L. Glasser. (Greves, Liz) (Entered: 09/19/1995) |
| 09/15/1995 | 213 | Copy of LETTER dated 9/12/95 from AUSA Elisa L. Liang to Kathleen Kearns setting forth objections regarding the Guidelines calculations for deft Young Taek Lee. (Greves, Liz) (Entered: 09/19/1995) |
| 09/15/1995 | 214 | Copy of LETTER dated 9/11/95 from AUSA Elisa L. Liang to Judge Glasser advising that the government believes that a fair distribution of any restitutionary amounts would require a 50% contribution from deft Young Taek Lee & 25% each from Seung Hwan Choi & Ki Ho Park. (Greves, Liz) (Entered: 09/19/1995) |
| 09/19/1995 | 212 | Copy of LETTER dated 9/5/95 from AUSA Elisa L. Liang to defense counsel advising of the rescheduling of sentence dates: Young Taek Lee 9/14/95 at 4:30PM; Seung Hwan Choi & Alex Chung 9/20/95 at 9:30AM; Ki Ho Park & Ho Sung Kim 9/21/95 at 9:30AM; Sam Chung, Jin Su Choi, David Chong 9/22/95 at 9:30AM; Kwang Joon Ra, Chong Ho Kim, In Sung Paek 9/27/95 at 9:30AM; Chyng Hoon Yi 9/29/95 at 9:30AM. (Greves, Liz) (Entered: 09/19/1995) |
| 09/19/1995 | 215 | Senior U.S. Probation Officer Kathlen Kearns' Addendum to the Presentence Report Objections by the government. (Greves, Liz) (Entered: 09/19/1995) |
| 09/28/1995 | 223 | COPY LETTER dated 9/28/95 from AUSA Elisa L. Liang to Judge Glasser confirming that the sentencing of defendant Young Taek Lee, has been adjourned upon consent of the parties. (Guzzi, Roseann) (Entered: 10/04/1995) |
| 09/29/1995 | 222 | LETTER dated 9/20/95 from Elisa L. Liang to Kathleen Kearns Re: confirmation of sentencing proceedings underlined below have been abjourned upon consent of the parties. 9/29/95 Lee, Young Taek at 2:30 p.m., 10/2/95 Choi, Seung Hwan at 4:30 p.m., 10/5/95 Alex Chung at 4:30 p.m., 10/6/95 Chong, Ho Yoon (93cr886) at 2:15 p.m.; 10/6/95 Kim, Chong Ho at 2:15 p.m., 10/10/95 Paek, In Sung at 4:30 p.m., 10/11/95 Sam Chung, Jin Su Choi at 4:30 p.m., 10/12/95 Ki Ho Park, Ho Sung Kim at 4:30 p.m., 10/13/95 Ra, Kwang Joon at 10:30 a.m., Yi, Chyung Hoon(93cr0065) at 2:15 p.m. (Jean Modified on 09/29/1995 (Entered: 09/29/1995) |

| | | |
|---|---|---|
| 09/29/1995 | | (Court only) **Terminated past deadlines. (Jean (Entered: 09/29/1995) |
| 10/04/1995 | 224 | ORDER dated 9/29/95 that sentencing for deft Young Taek Lee adjourned to 10/10/95 at 10AM before Judge I. L. Glasser. (Signed by Judge I. L. Glasser on letter dated 9/28/95 from AUSA Elisa Liang). (Greves, Liz) (Entered: 10/04/1995) |
| 10/10/1995 | | (Court only) **Terminated party Seung Hwan Choi. (Greves, Liz) (Entered: 10/10/1995) |
| 10/11/1995 | | (Court only) **Terminated party Alex Chung. (Greves, Liz) (Entered: 10/11/1995) |
| 10/13/1995 | 229 | CALENDAR ENTRY as to Young Taek Lee ; Case called before Judge I. L. Glasser on date of 10/13/95 for sentencing. Court Reporter A. Sherman. AUSA E. Liang & Interpreter M. Melton. Deft present with counsel Martin Stolar. Mr. Stolar asks for adjournment until Monday. Granted. Sentencing adjourned to 10/16/95 at 2:30PM. (Greves, Liz) (Entered: 10/16/1995) |
| 10/16/1995 | 235 | CALENDAR ENTRY as to Young Taek Lee ; Case called before Judge I. L. Glasser on date of 10/16/95 for sentencing. Court Reporter H. Driscoll, AUSA E. Liang & Korean Interpreter M. Melton. Deft present with counsel Martin Stolar. Deft advised of right to appeal in forma pauperis. (Greves, Liz) (Entered: 10/19/1995) |
| 10/16/1995 | | Sentencing held Young Taek Lee (1) count(s) 1sss, 2ss, 3ss, 4ss-5ss, 6sss. (Greves, Liz) (Entered: 10/19/1995) |
| 10/17/1995 | | (Court only) **Terminated party Chong Ho Kim. (Greves, Liz) (Entered: 10/17/1995) |
| 10/18/1995 | | (Court only) **Terminated party Kwang Joon Ra. (Greves, Liz) (Entered: 10/18/1995) |
| 10/18/1995 | | Sealed envelope containing LETTER. (filed in 93CR65, document #19). (PLACED IN VAULT). (Greves, Liz) (Entered: 10/18/1995) |
| 10/19/1995 | 236 | JUDGMENT Young Taek Lee (1) count(s) 1sss, 2ss , 3ss , 4ss -5ss , 6sss . Imprisonment for a term of 97 months, on Counts 1,2,3,4 & 5. On Count 6 deft sentenced to imprisonment to term on Counts 1,2,3,4 & 5, & a 3 year period of supervised release. Deft assessed $300.00. The underlying indictment is dismissed on motion of the U.S. Deft remanded to the custody of the U.S. Marshal. (Signed by Judge I. L. Glasser , Dated 10/17/95). (Greves, Liz) (Entered: 10/19/1995) |
| 10/19/1995 | | DISMISSAL of Count(s) on Government Motion as to Young Taek Lee Terminated motions: Counts Dismissed: Young Taek Lee (1) count(s) 1ss, 1s, 1, 7sss-9sss, 17ssss. (Greves, Liz) (Entered: 10/19/1995) |
| 10/19/1995 | | (Court only) **Terminated party Ho Sung Kim, party Ki Ho Park, party Jin Su Choi, party Sam Chung. (Greves, Liz) (Entered: 10/19/1995) |

| 10/19/1995 | | (Court only) **Terminated party Young Taek Lee. (Greves, Liz) (Entered: 10/19/1995) |
|---|---|---|
| 10/19/1995 | 245 | NOTICE OF APPEAL by Young Taek Lee (1) count(s) 1sss, 2ss, 3ss, 4ss-5ss, 6sss. The defendant appeals the judgment that was entered on 10/19/95. NO FEE PAID for the defendant has a CJA attorney. Forms distributed. USCA notified. (Gonzalez, Mary) (Entered: 10/19/1995) |
| 10/23/1995 | | (Court only) **Terminated party In Sung Paek. (Greves, Liz) (Entered: 10/23/1995) |
| 10/27/1995 | 248 | USCA Scheduling Order: as to Young Taek Lee [245-1] appeal Appeal Record due by 11/14/95 for Young Taek Lee USCA Number: 95-1588 Appellant's brief due 12/14/95. Appellee's brief due 1/15/96. Argument set for 2/5/96. (Gonzalez, Mary) (Entered: 10/27/1995) |
| 11/15/1995 | 249 | TRANSCRIPT of proceedings before Judge Glasser filed in case as to Young Taek Lee for dates of 6/1/95 ; Court Reporter G. Rudolph. (Greves, Liz) (Entered: 11/15/1995) |
| 11/17/1995 | 250 | TRANSCRIPT of sentencing before Judge Glasser filed in case as to Young Taek Lee for dates of 10/16/95 ; Court Reporter H. Driscoll. (Greves, Liz) (Entered: 11/20/1995) |
| 11/21/1995 | | Certified and transmitted (INDEX) record on appeal to U.S. Court of Appeals as to Young Taek Lee : [245-1] appeal . Acknowledgment requested. (Gonzalez, Mary) (Entered: 11/21/1995) |
| 11/30/1995 | 253 | Acknowledgment from USCA received for the (INDEX) that was sent to the USCA as to Young Taek Lee RE: [245-1] appeal (Gonzalez, Mary) (Entered: 11/30/1995) |
| 04/01/1996 | | Certified and transmitted record on appeal to U.S. Court of Appeals as to Young Taek Lee : [245-1] appeal . Acknowledgment requested. PLEASE NOTE: THIS RECORD IS BEING SENT TO DARYL EASTON AS PER HER REQUEST. (Gonzalez, Mary) (Entered: 04/01/1996) |
| 05/16/1996 | 267 | MANDATE OF USCA (certified copy) as to Young Taek Lee Re: [245-1] appeal affirming judgment/order Young Taek Lee (1) count(s) 1sss, 2ss, 3ss, 4ss-5ss, 6sss . The judgment of the District Court is affirmed. Issued as mandate on 5/14/96. Judge notified. Ackn mailed. USCA 95-1588. (Gonzalez, Mary) (Entered: 05/16/1996) |
| 07/09/1996 | | (Court only) **Terminated party Hyun Choi Lee. (Greves, Liz) (Entered: 07/09/1996) |
| 07/19/1996 | | CASE reassigned to Judge Unassigned (Greves, Liz) (Entered: 07/22/1996) |
| 07/22/1996 | | Record on Appeal as to Young Taek Lee returned from U.S. Court of Appeals: [245-1] appeal (McGee, Maryann) (Entered: 07/22/1996) |

| | | |
|---|---|---|
| 08/01/1996 | | (Court only) **Remove appeal flag - no further appeals pending (Dobkin, David) (Entered: 08/01/1996) |
| 05/30/2007 | ❍295 | TRANSFER OF JURISDICTION REQUEST as to Young Taek Lee From The Eastern District of New York, To The District of Guam. Awaiting acceptance and signature. (Sica, Michele) (Entered: 06/01/2007) |
| 07/02/2007 | ❍296 | ORDER as to Young Taek Lee for the Transfer of Jurisdiction to the District of Guam from The Eastern District of New York. (Indictment,Docket sheet and Judgment are being requested from the archives). Ordered by Judge I. Leo Glasser on 5-3-07/ Judge Frances M. Tydingco-Gatewood on 5/25/07. (Sica, Michele) (Entered: 07/02/2007) |
| 07/05/2007 | ❍ | NOTICE case ordered from Lee's Summit National Archives Center on July 3, 2007 for Michele Sica. (Harris, Bernard) (Entered: 07/05/2007) |
| 07/12/2007 | ❍ | NOTICE case received from archives on July 12, 2007 and the requester was notified. (Harris, Bernard) (Entered: 07/12/2007) |
| 07/26/2007 | ❍ | (Court only) ***Staff Notes as to Young Taek Lee: Transfer of Jurisdiction not complete due to the fact that the Judgment in this case is not in the case file at this time. Docket Sheet and Superseding Indictment will be mailed in the mean time.(Judgment requested from chambers) (Sica, Michele) (Entered: 07/26/2007) |
| 07/27/2007 | ❍ | Supervised Release Jurisdiction Transferred to The District of Guam as to Young Taek Lee Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Sica, Michele) (Entered: 07/27/2007) |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    -vs-

YOUNG TAEK LEE   Deft #1

(Name of Defendant)

JUDGMENT INCLUDING SENTENCE
UNDER THE SENTENCING REFORM A

CASE NUMBER  CR 93-1072-S-4

MARTIN STOLAR
351 Broadway
New York , N.Y.  10013
Defendant's Attorney and Address

THE DEFENDANT:

\_\_\_ pleaded guilty to count(s) _____

XX was found guilty on counts(s) 1,2,3,4,5 and 6.
after a plea of not guilty.
Accordingly, the defendant is ADJUDGED guilty of such count(s), whic
involve the following offenses:

| TITLE & SECTION | NATURE & OFFENSE | COUNT NUMBER |
|---|---|---|
| 18 USC Sec 1962(c) | Racketeering | one |
| 18 USC SEc 1951 | Interference with commerce by violence. | 2,3,4 and 5. |
| 18 USC Sec 924(c) | Use of firearm during crime of violence | six |

The defendant is sentenced as provided in pages 2 through 4 of this
judgment. The sentence is imposed pursuant to the Sentencing Reform
Act of 1984.

\_\_\_\_The Defendant has been found not guilty on Count(s) _____
and is discharged as to such count(s).

XX Xxxxxxxx(x) Underlying indictment _____(is) (xxxxdismissed on motion of
the United States.

\_\_\_\_The mandatory special assessment is included in the portion of this
Judgment that imposes a fine.

XX It is ordered that the defendant shall pay to the United States a
Special assessment of $ 300.00which shall be due immediately.

It is further ORDERED that the defendant shall notify the United
States Attorney for this district within 30 days of any change of
residence or mailing address until all fines, restitution, costs,
and special assessments imposed by this Judgment are fully paid.

Defendant's Soc.Sec. Number:
  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
Defendant's mailing address:

  41-26 74th St.

  Elmhurst, N.Y.  11373

October 16, 1995
Date of imposition of sentence

Signature of Judicial Officer

I. LEO GLASSER  U.S.D.J.
Name & Title of Judicial Officer

DATE:  October 17, 1995
A TRUE COPY ATTEST
DATED: _____ 19
    ROBERT C. HEINEMANN
    CLERK
    BY _____
    DEPUTY CLERK

A TRUE COPY ATTEST
DATE.....7.10.....20.07
ROBERT C. HEINEMAN
             CLERK
BY _____
   DEPUTY CLERK

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau
of Prisons to be imprisoned for a term of  (97) ninety seven months, on
____ counts 1,2,3,4 and 5.  On Count #6, the defendant is  sentenced to
imprisonment for (60) sixty months, consecutive to term on counts
1,2,3,4 and 5.

☐  The Court makes the following recommendations to the Bureau of Prisons:

☒  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this
district,

☐  at_____a.m./p.m. on_____.

☐  as notified by the Marshal.

☐  The defendant shall surrender for service of sentence at the institution
designated by the Bureau of Prisons

☐  before 2 p.m. on_____.

☐  as notified by the United States Marshal.

☐  as notified by the Probation Office.

### RETURN

I have executed this Judgment as follows:

_____

_____

_____

Defendant delivered on_____to_____

at_____, with a certified copy of this Judgment

_____
                    UNITED STATES MARSHAL

                    BY_____
                              DEPUTY MARSHAL

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release
for a term of _____three years._____

While on supervised release, the defendant shall not commit another Federal,
state, or local crime and shall comply with the standard conditions that
have been adopted by this court (set forth on the following page.)  If
this judgment imposes a restitution obligation, it shall be a condition
of supervised release that the defendant pay any such restitution that
remains unpaid at the commencement of the term of supervised release.
The defendant shall comply with the following additional conditions:

☐   The defendant shall pay any fines that remain unpaid at the
commencement of the term of supervised release.

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on probation or supervised release pur to this Judgment:

1) The defendant shall not commit another Federal, state or local c
2) the defendant shall not leave the judicial district without permission of the court or probation officer;
3) the defendant shall report to the probation officer as directe the court or probation officer and shall submit a truthful and com written report within the first five days of each month;
4) the defendant shall answer truthfully all inquiries by the prob officer and follow the instructions of the probation officer;
5) the defendant shall support his or her dependents and meet family responsibilities;
6) the defendant shall work regularly at a lawful occupation u excused by the probation officer for schooling, training, or o acceptable reasons;
7) the defendant shall notify the probation officer within seventy hours of any change in residence or employment;
8) the defendant shall refrain from exessive use of alcohol and s not purchase, possess, use, distribute, or administer any narcotic other controlled substance, or any paraphernalia related to such substan except as prescribed by a physician;
9) the defendant shall not frequent places where controlled substa are illegally sold, used, distributed, or administered;
10) the defendant shall not associate with any persons engaged in crim activity, and shall not associate with any person convicted of a fe unless granted permission to do so by the probation officer;
11) the defendant shall permit a probation officer to visit him or at any time at home or elsewhere and shall permit confiscation of contraband observed in plain view by the probation officer;
12) the defendant shall notify the probation officer within seventy hours of being arrested or questioned by a law enforcement officer;
13) the defendant shall not enter into any agreement to act as an info or a special agent of a law enforcement agency without the permis of this court;
14) as directed by the probation officer, the defendant shall not third parties of risks that may be occasioned by the defendant's crim record or personal history or characteristics, and shall permit probation officer to make such notifications and to confirm the defendan compliance with such notification requirement,

These conditions are in addition to any other conditions impo by this Judgment.

ZWC:LRC:ELL
F. #9204450
KFC6.Ind

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT, N.Y.

JUN 22 1994

P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

     - against -

LEE, YOUNG TAEK,
    a/k/a "James Lee"
LEE, HYUN CHOI,
CHOI, SEUNG HWAN,
LEE, JAE WOOK,

           Defendants.

- - - - - - - - - - - - - - - X

**S U P E R S E D I N G
I N D I C T M E N T**

Cr. No. 93-1072(S-4)(ILG)

(T. 18, U.S.C., §§ 924(c),
1951, 1959, 1962(c), 1963,
2 and 3551 et seq.; T. 21,
U.S.C. §§ 841(a)(1),
841(b)(1)(A)(viii);
841(b)(1)(C); 846; T. 26
U.S.C. §§5841, 5845(a),
5861(d) and 5871, et seq.)

A TRUE COPY
ATTEST
DATE 7.2.7......20.07.
ROBERT C. HEINEMAN
CLERK
BY.........................
DEPUTY CLERK

THE GRAND JURY CHARGES:

## INTRODUCTION TO ALL COUNTS

    1.   At all times relevant to this indictment, the
KOREAN FUK CHING was a group of individuals who associated
together and with others to, among other things, earn money
through extortion, drug dealing, and the commission of other
crimes of violence.  These crimes were committed primarily in the
boroughs of Queens, New York and Manhattan, New York.

    2.   The KOREAN FUK CHING was comprised of different
levels of membership.  The upper tier of leaders was known as,
and will be referred to herein as, the "Cholla Do Pa," or the
"Honam Pa".  "Pa" is a Korean word for group.

    3.   In addition to the upper tier of leaders, the gang
consisted of members at the "street" level, who committed their

crimes, including extortions, under the name "FUK CHING". Within the street level of membership, there were "action" or "street" leaders, who directed the activities of more junior members.

4.     The membership at both the leadership and street levels changed at various times during the period covered by this indictment.  From in or about 1986 and continuing through the end of 1987, various members of the gang engaged in power struggles for leadership roles.  Participants in the power struggles included defendant LEE, HYUN CHOI.  From at least in or about 1988, defendant LEE, HYUN CHOI emerged as the principal leader of the KOREAN FUK CHING.  His brother, defendant LEE, JAE WOOK supervised street operations, while defendant CHOI, SEUNG HWAN acted as LEE, HYUN CHOI's second in command.

5.     During all or a portion of the period relevant to this indictment, the defendants LEE, YOUNG TAEK, a/k/a "James Lee", and LEE, HYUN CHOI were members of the Cholla Do Pa level of the gang, and assisted in supervising the more junior members.

6.     During all or a portion of the period relevant to this indictment, defendants LEE, JAE WOOK and               and others, were involved in running the street operations of the KOREAN FUK CHING.

7.     During all or a portion of the period relevant to this indictment, the KOREAN FUK CHING had several street level members or associates.

8.     At all times relevant to this indictment, the KOREAN FUK CHING engaged in a variety of illegal activities,

including extortion, drug dealing, and the commission of other crimes of violence, such as robberies, kidnapping and assaults. Some of these assaults occurred in public places, such as restaurants and pool halls located in the borough of Queens, and involved "turf" battles between members of the KOREAN FUK CHING and rival gangs.

9. During the period relevant to this indictment, the various restaurants, bars, and other businesses that were extorted by the KOREAN FUK CHING, as set forth more fully below in Racketeering Act 4 and Count 6, were engaged in interstate or foreign commerce and were industries that affected interstate or foreign commerce, as defined in Title 18, United States Code, Section 1951(b)(3). Specifically, the following businesses, which were among the locations extorted by the KOREAN FUK CHING, as set forth more fully below in Racketeering Acts 5 to 7 and Counts 7 to 9, were engaged in interstate or foreign commerce and were industries that affected interstate or foreign commerce, as defined in Title 18, United States Code, Section 1951(b)(3): the Hwang Jae Dance Studio, 94-02 Roosevelt Avenue, Queens, New York; the Firebird Bar, 34-02 Union Street, Queens, New York; and the Dae Ming Jang Restaurant, a/k/a "Boong", 41-16 Queens Boulevard, Queens, New York.

10. At all times relevant to this indictment, the KOREAN FUK CHING constituted an "enterprise" as defined by Title 18, United States Code, Section 1961(4), that is, a group of individuals associated in fact, which engaged in, and the

activities of which affected, interstate and foreign commerce by, among other things, the extortion of businesses in New York that purchased products that had been brought into New York from places outside thereof, and by the possession and distribution of narcotics that had been brought into New York from places outside thereof.

COUNT ONE

11.    The allegations of paragraphs 1 through 10 are hereby realleged and incorporated as if fully set forth herein.

12.    From in or about 1986 and continuing until in or about September 1993, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants LEE, YOUNG TAEK, a/k/a "James Lee"; LEE, HYUN CHOI; CHOI, SEUNG HWAN; LEE, JAE WOOK; and         , together with others, all being persons employed by and associated with the KOREAN FUK CHING, an enterprise engaged in, and the activities of which affected, interstate and foreign commerce, knowingly and intentionally conducted and participated, directly and indirectly, in the conduct of the affairs of the KOREAN FUK CHING through a pattern of racketeering activity, consisting of the racketeering acts set forth below.

RACKETEERING ACT NUMBER ONE

13.    In or about February 1990, within the Eastern District of New York, the defendant LEE, HYUN CHOI, and others, did knowingly and intentionally conspire to damage certain motor vehicles, to wit:  a Mercedes Benz and a BMW, by starting a fire

or causing an explosion, in violation of Sections 150.10 and 105.10 of the New York Penal Law.

14. In furtherance of the conspiracy and for the purpose of effecting its objectives, the defendant LEE, HYUN CHOI, and others, within the Eastern District of New York, committed the following overt acts:

a. Defendant LEE, HYUN CHOI instructed members of his gang to firebomb certain vehicles.

b. Defendant LEE, HYUN CHOI provided members of his gang with a description of the vehicles.

### RACKETEERING ACT NUMBER TWO

15. Racketeering Act Number Two consists of Subparts A and B, the commission of either of which constitutes the commission of Racketeering Act Number Two:

A. Kidnapping Conspiracy

16. In or about October 1990, within the Eastern District of New York and elsewhere, the defendants LEE, JAE WOOK; ., and others, did knowingly and intentionally conspire to kidnap another person, to wit: a member of the 24K, a rival Asian gang, in violation of Sections 135.25 and 105.15 of the New York Penal law.

17. In furtherance of the conspiracy and for the purpose of effecting its objectives, the defendants LEE, JAE WOOK; PARK, CHUL, and others, within the Eastern District of New York, committed the following overt acts:

    a.    Defendants LEE, JAE WOOK;       , and others, took the rival gang member from a billiard parlor located in Manhattan, New York.

    b.    Defendants LEE, JAE WOOK;      , and others, held the rival gang member captive at a KOREAN FUK CHING safe house located in Queens, New York.

B.    <u>Kidnapping</u>

18.  In or about October 1990, within the Eastern District of New York and elsewhere, the defendants LEE, JAE WOOK; ⁻, and others, did knowingly and intentionally kidnap another person, to wit: a member of the 24K, a rival Asian gang, in violation of Sections 135.25 and 20.00 of the New York Penal law.

<u>RACKETEERING ACT NUMBER THREE</u>

19.  Racketeering Act Number Three consists of Subparts A and B, the commission of either of which constitutes the commission of Racketeering Act Number Three:

A.    <u>Robbery Conspiracy</u>

20.  In or about November 1992, within the Eastern District of New York, the defendants LEE, YOUNG TAEK, a/k/a "James Lee"; CHOI, SEUNG HWAN and others, did unlawfully conspire to commit a robbery at a residence in Valley Stream, New York, in violation of Sections 105.10 and 160.15 of the New York Penal Law.

21.  In furtherance of the conspiracy and for the purpose of effecting its objectives, the defendants LEE, YOUNG

TAEK, a/k/a "James Lee"; CHOI, SEUNG HWAN, and others, within the Eastern District of New York, committed the following overt acts:

a.    Defendants LEE, YOUNG TAEK, a/k/a "James Lee"; CHOI, SEUNG HWAN, and others, entered the residence in Valley Stream, New York.

b.    Defendants LEE, YOUNG TAEK, a/k/a "James Lee"; CHOI, SEUNG HWAN, and others, obtained money from the residence in Valley Stream, New York.

B.    Armed Robbery

22.    On or about November 19, 1992, within the Eastern District of New York, the defendants LEE, YOUNG TAEK, a/k/a "James Lee"; CHOI, SEUNG HWAN and others, did forcibly steal property from a family residing at a residence in Valley Stream, New York, while one or more of the participants in the crime was armed with a deadly weapon, and, in furtherance of the robbery, did assault members of that family, in violation of Sections 160.15 and 20.00 of the New York Penal Law.

RACKETEERING ACT NUMBERS FOUR THROUGH FIFTEEN

23.    The following racketeering acts incorporate by reference the actual allegations set forth in the counts identified below.

| ACT | OFFENSE | DEFENDANTS | AS ALLEGED IN COUNT NO. | IN VIOLATION OF |
|-----|---------|------------|-------------------------|-----------------|
| 4. | Extortion Conspiracy (Various businesses) (6/89 to 12/92) | LEE, YOUNG TAEK LEE, HYUN CHOI CHOI, SEUNG HWAN LEE, JAE WOOK | 6 | 18 U.S.C. §1951 |

| No. | Offense | Defendants | Count | Statute |
|---|---|---|---|---|
| 5. | Extortion (Hwang Jae 6/89 to 7/92) | LEE, YOUNG TAEK<br>LEE, HYUN CHOI<br>CHOI, SEUNG HWAN<br>LEE, JAE WOOK | 7 | 18 U.S.C. §§1951, 2 |
| 6. | Extortion (Firebird 12/89 to 12/92) | LEE, YOUNG TAEK<br>LEE, HYUN CHOI<br>CHOI, SEUNG HWAN<br>LEE, JAE WOOK | 8 | 18 U.S.C. §§1951, 2 |
| 7. | Extortion (Dae Ming Jang, a/k/a "Boong") 11/91 to 8/92) | LEE, YOUNG TAEK<br>LEE, HYUN CHOI<br>CHOI, SEUNG HWAN<br>LEE. JAE WOOK | 9 | 18 U.S.C. §§1951, 2 |
| 8. | Narcotics Conspiracy (8/91 to 7/93) | LEE, HYUN CHOI<br>CHOI, SEUNG HWAN<br>LEE, JAE WOOK | 10 | 21 U.S.C. §846 |
| 9. | Narcotics Possession with Intent to Distribute (8/91) | LEE, HYUN CHOI<br>CHOI, SEUNG HWAN | 11 | 21 U.S.C. §§841, 2 |
| 10. | Narcotics Possession with Intent to Distribute (11/91) | LEE, HYUN CHOI<br>CHOI, SEUNG HWAN | 12 | 21 U.S.C. §§841, 2 |
| 11. | Narcotics Possession with Intent to Distribute (12/91) | LEE, HYUN CHOI<br>CHOI, SEUNG HWAN | 13 | 21 U.S.C. §§841, 2 |
| 12. | Narcotics Possession with Intent to Distribute (2/93-4/93) | LEE, HYUN CHOI | 14 | 21 U.S.C. §§841, 2 |

13.  Narcotics     LEE, JAE WOOK      15       21 U.S.C. §§841, 2
     Possession
     with Intent
     to Distribute
     (4/93-7/93)

(Title 18, United States Code, Sections 1962(c), 1963 and
3551 et seq.)

## COUNT TWO

24.  The KOREAN FUK CHING, as described more particularly in
paragraphs 1 through 12, which paragraphs are hereby realleged and
incorporated as if fully set forth herein, constituted an enterprise
as that term is defined in Title 18, United States Code, Section
1959(b)(2), that is, an association in fact of individuals which
engaged in, and the activities of which affected, interstate commerce.

25.  The KOREAN FUK CHING engaged in racketeering activity
as set forth in Count One, which is hereby realleged and incorporated
as if fully set forth herein.

26.  In or about October 1990, within the Eastern District
of New York and elsewhere, the defendants LEE, JAE WOOK;
and others, for the purpose of maintaining and increasing their
positions in the KOREAN FUK CHING, an enterprise engaged in
racketeering activity, did knowingly and intentionally conspire to
kidnap another person, to wit:  a member of the 24K, a rival Asian
gang, in violation of Sections 135.25 and 105.15 of the New York Penal
Law.

(Title 18, United States Code, Sections 1959(a)(5) and 3551
et seq.).

### COUNT THREE

27.  Paragraphs 24 and 25 of Count Two are hereby realleged and incorporated as if fully set forth herein.

28.  In or about October 1990, within the Eastern District of New York and elsewhere, the defendants LEE, JAE WOOK; and others, for the purpose of maintaining and increasing their positions in the KOREAN FUK CHING, an enterprise engaged in racketeering activity, did knowingly and intentionally kidnap another person, to wit:  a member of the 24K, a rival Asian gang, in violation of sections 135.25 and 105.15 of the New York Penal Law.

(Title 18, United States Code, Sections 1959(a)(1), 2 and 3551 et seq.).

### COUNT FOUR

29.  Paragraphs 24 and 25 of Count Two are hereby realleged and incorporated as if fully set forth herein.

30.  In or about September 1990, within the Eastern District of New York, the defendant LEE, HYUN CHAE and others, for the purpose of maintaining and increasing their positions in the KOREAN FUK CHING, an enterprise engaged in racketeering activity, did knowingly and intentionally conspire to assault another person with a dangerous weapon, to wit:  a member or members of an Italian La Cosa Nostra family, in violation of Sections 120.05 and 20.00 of the New York Penal Law.

(Title 18, United States Code, Sections 1959(a)(6), 2 and 3551 et seq.).

COUNT FIVE

30.  Paragraphs 24 and 25 of Count Two are hereby realleged and incorporated as if fully set forth herein.

31.  In or about August 1992 to October 1992, both dates being approximate and inclusive, within the Central District of 0 California, the defendant LEE, HYUN CHAE and others, for the purpose of maintaining and increasing their positions in the KOREAN FUK CHING, an enterprise engaged in racketeering activity, did knowingly and intentionally conspire to assault another person with a dangerous weapon, to wit:  Kim, In Ho, in violation of sections 240 and 31 of the California Penal Code.

(Title 18, United States Code, Sections 1959(a)(6), 2 and 3551 et seq.).

COUNT SIX

31.  The allegations of paragraphs 1 through 12 are hereby realleged and incorporated as if fully set forth herein.

32.  From in or about June 1989 and continuing until in or about December 1992, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants LEE, YOUNG TAEK, a/k/a "James Lee"; LEE, HYUN CHOI; CHOI, SEUNG HWAN; LEE, JAE WOOK;          and others, conspired to obstruct, delay, and affect interstate commerce, and the movement of articles and commodities in interstate commerce by extortion, as those terms are defined in Title 18, United States Code, Section 1951, namely, by obtaining property, to wit: money, from various restaurants, bars and other businesses,

located in Queens, New York and New York, New York, through their
representatives, owners, managers, and employees, with their
consent, such consent being induced by the wrongful use of actual
and threatened force, violence and fear.

(Title 18, United States Code, Sections 1951 and 3551
et seq.)

## COUNT SEVEN

33.  The allegations of paragraphs 1 through 12 are
hereby realleged and incorporated as if fully set forth herein.

34.  From in or about June 1989 and continuing until in
or about July 1992, both dates being approximate and inclusive,
within the Eastern District of New York, the defendants LEE,
YOUNG TAEK, a/k/a "James Lee"; LEE, HYUN CHOI; CHOI, SEUNG HWAN;
LEE, JAE WOOK;              and others, did unlawfully obstruct,
delay, and affect interstate commerce, and the movement of
articles and commodities in interstate commerce by extortion, as
those terms are defined in Title 18, United States Code, Section
1951, namely, by obtaining property, to wit: money, from the
Hwang Jae Dance Studio, 94-02 Roosevelt Avenue, Queens, New York,
through its representatives, owners, managers, and employees,
with their consent, such consent being induced by the wrongful
use of actual and threatened force, violence and fear.

(Title 18, United States Code, Sections 1951, 2 and
3551 et seq.)

## COUNT EIGHT

35. The allegations of paragraphs 1 through 12 are hereby realleged and incorporated as if fully set forth herein.

36. From in or about December 1989 and continuing until in or about December 1992, both dates being approximate and inclusive, within the Eastern District of New York, the defendants LEE, YOUNG TAEK, a/k/a "James Lee"; LEE, HYUN CHOI; CHOI, SEUNG HWAN; LEE, JAE WOOK;                , and others, did unlawfully obstruct, delay, and affect interstate commerce, and the movement of articles and commodities in interstate commerce by extortion, as those terms are defined in Title 18, United States Code, Section 1951, namely, by obtaining property, to wit: money, from the Firebird Bar, 34-02 Union Street, Queens, New York, through its representatives, owners, managers, and employees, with their consent, such consent being induced by the wrongful use of actual and threatened force, violence and fear.

(Title 18, United States Code, Sections 1951, 2 and 3551 et seq.)

## COUNT NINE

37. The allegations of paragraphs 1 through 12 are hereby realleged and incorporated as if fully set forth herein.

38. From in or about November 1991 and continuing until in or about August 1992, both dates being approximate and inclusive, within the Eastern District of New York, the defendants LEE, YOUNG TAEK, a/k/a "James Lee"; LEE, HYUN CHOI; CHOI, SEUNG HWAN; LEE, JAE WOOK;                , and others, did

unlawfully obstruct, delay, and affect interstate commerce, and the movement of articles and commodities in interstate commerce by extortion, as those terms are defined in Title 18, United States Code, Section 1951, namely, by obtaining property, to wit: money, from the Dae Ming Jang Restaurant, a/k/a "Boong", 41-16 Queens Boulevard, Queens, New York, through its representatives, owners, managers, and employees, with their consent, such consent being induced by the wrongful use of actual and threatened force, violence and fear.

(Title 18, United States Code, Sections 1951, 2 and 3551 et seq.)

COUNT TEN

39. The allegations of paragraphs 1 through 12 are hereby realleged .nd incorporated as if fully se. forth herein.

40. From in or about August 1991 and continuing until in or about July 1993, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants LEE, HYUN CHOI; CHOI, SEUNG HWAN; LEE, JAE WOOK; YU, JIN HO, a/k/a "Larry", and others, did knowingly and intentionally conspire to distribute and possess with intent to distribute a mixture or substance containing methamphetamine, to wit: crystallized methamphetamine, also known as "ice", in violation of Title 21, United States Code, Section 841.

(Title 21, United States Code, Sections 846, 941(b)(1)(A)(viii); Title 18 United States Code, Sections 3551, et seq.).

## COUNT ELEVEN

41.  In or about August 1991, within the Eastern District of New York and elsewhere, the defendants LEE, HYUN CHOI; CHOI, SEUNG HWAN, and others, did knowingly and intentionally possess with intent to distribute a mixture or substance containing methamphetamine, to wit: crystallized methamphetamine, also known as "ice".

(Title 21, United States Code, Section 841(a)(1), 841(b)(1)(A)(viii); Title 18 United States Code, Sections 2 and 3551, et seq.).

## COUNT TWELVE

42.  In or about November 1991, within the Eastern District of New York and elsewhere, the defendants LEE, HYUN CHOI; CHOI, SEUNG HWAN; YU, JIN HO, a/k/a "Larry", and others, did knowingly and intentionally possess with intent to distribute and distribute a mixture or substance containing methamphetamine, to wit: crystallized methamphetamine, also known as "ice".

(Title 21, United States Code, Section 841(a)(1), 841(b)(1)(A)(viii); Title 18 United States Code, Sections 2 and 3551, et seq.).

## COUNT THIRTEEN

43.  In or about December 1991, within the Eastern District of New York and elsewhere, the defendants LEE, HYUN CHOI; CHOI, SEUNG HWAN; YU, JIN HO, a/k/a "Larry", and others, did knowingly and intentionally possess with intent to distribute

and distribute a mixture or substance containing methamphetamine, to wit: crystallized methamphetamine, also known as "ice".

(Title 21, United States Code, Section 841(a)(1), 841(b)(1)(A)(viii); Title 18 United States Code, Sections 2 and 3551, et seq.).

## COUNT FOURTEEN

44.   In or about and between February 1993 and April 1993, within the Central District of California and elsewhere, the defendant LEE, HYUN CHOI, and others, did knowingly and intentionally possess with intent to distribute and distribute a mixture or substance containing methamphetamine, to wit: crystallized methamphetamine, also known as "ice".

(Title 21, United States Code, Section 841(a)(1), 841(b)(1)(A)(viii); Title 18 United States Code, Sections 2 and 3551, et seq.).

## COUNT FIFTEEN

45.   In or about and between April 1993 and June 1993, within the Eastern District of New York and elsewhere, the defendant LEE, JAE WOOK, and others, did knowingly and intentionally possess with intent to distribute and distribute a mixture or substance containing methamphetamine, to wit: crystallized methamphetamine, also known as "ice".

(Title 21, United States Code, Section 841(a)(1), 841(b)(1)(A)(viii); Title 18 United States Code, Sections 2 and 3551, et seq.).

## COUNT SIXTEEN

46.   In or about November 1990, within the Eastern District of New York, the defendant LEE, JAE WOOK, and others, did knowingly and intentionally carry and use a firearm during and in relation to a crime of violence, to wit: the kidnapping of a member of the 24K, a rival Asian gang.

(Title 18, United States Code, Sections 924(c), 2, and 3551, et seq.).

## COUNT SEVENTEEN

47.   On or about November 19, 1992, within the Eastern District of New York, the defendants LEE, YOUNG TAEK, a/k/a "James Lee", and CHOI, SEUNG HWAN, and others, did knowingly and intentionally carry and use a firearm during and in relation to a crime of violence: to wit, a robbery at a residence located in Valley Stream, New York.

(Title 18, United States Code, Sections 924(c), 2 and 3551, et seq.).


A TRUE BILL

*Robert S. Sheulin*

FOREPERSON


ZACHARY W. CARTER
UNITED STATES ATTORNEY


BY: *Catherine E. Palmer*
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.131