**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES**

CASE NO.: CR-07-00056-001                                    DATE: September 14, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber                                         Court Recorder: Leilani Toves Hernandez
Courtroom Deputy: Leilani Toves Hernandez     Electronically Recorded: 11:28:12 - 12:18:47
CSO: N. Edrosa

**APPEARANCES:**

Defendant: Young Taek Lee                                    Attorney: Richard Arens
 Present   Custody   Bond   P.R.                              Present   Retained   FPD   CJA
U.S. Attorney: Rosetta San Nicolas       U.S. Agent: E. Matanguihan / R. Robertson - I.C.E.
U.S. Probation: Maria Cruz                      U.S. Marshal: D. Punzalan / R. Manglona / G. Perez
Interpreter: Sung Woo Yoon                    Language: Korean

**PROCEEDINGS: Disposition Hearing**
- Revocation of supervised release granted.
- Defendant committed to the Bureau of Prisons for a term of 6 months, to run consecutive to CR-07-00050.
- Upon release from imprisonment, defendant is placed on supervised release for a term of 36 months, to run concurrent with CR-07-00050, with conditions (refer to Judgment for conditions of supervised release).
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: